SMYTH, Respondent, v. T. A. GILLESPIE CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Action by John A. Smyth against the T. A. Gillespie Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 80 Misc. Rep. 628, 142 N. Y.

Supp. 151; 157 App. Div. 934, 142 N. Y. Supp. 1146.